**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MARYI NATALIA PARDO MORALES,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES JANECKA, *et al.*,<br><br>　　　　　　　Respondents. | Case No.  5:26-cv-04035-RAO<br><br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS** |

On July 20, 2026, Petitioner Maryi Natalia Pardo Morales ("Petitioner," A# 240-118-538), represented by counsel, filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, challenging her immigration detention as violations of due process under the Fifth Amendment, the Immigration and Nationality Act, and the Administrative Procedure Act.  Dkt. No. 1 ("Pet.") Petitioner seeks immediate release on the same conditions prior to her arrest on July 9, 2026. *Id*. at 8.

In light of Respondents' non-opposition to the Petition, the Court GRANTS the unopposed Petition and ORDERS Respondents to:

///

(1) Release Petitioner from custody immediately, under the same conditions as previously imposed prior to her arrest on July 9, 2026, and re-detention;

(2) Return all property to Petitioner that was confiscated from her when she was arrested and processed into detention; and

(3) File a status report with the court within three (3) business days of Petitioner's release, attesting to Respondents' compliance with this Order.

DATED:  July 27, 2026

_____ /s/ _____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE