**JS-6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARYI NATALIA PARDO MORALES,

Petitioner,

v.

JAMES JANECKA, *et al.*,

Respondents.

Case No. 5:26-cv-04035-RAO

**JUDGMENT**

Pursuant to the court's Order Granting Petitioner Maryi Natalia Pardo Morales's ("Petitioner," A# 240-118-538) Unopposed Petition for Writ of Habeas Corpus ("Petition," Dkt. 1),

IT IS ORDERED AND ADJUDGED that the Petition (Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner's favor.

DATED: July 27, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE